# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSIE WATLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMUNITY MEDICAL CENTER - CLOVIS; ROBERT KEITH GRAZIER, M.D.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CIV F 05-0650 AWI LJO<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

    Defendants Community Medical Center - Clovis and Dr. Robert Grazier have both filed Rule 12(b)(6) Motions to Dismiss. The matters are scheduled for hearing to be held on August 15, 2005. Pursuant to Local Rule 78-230(c), Plaintiff, Cassie Watley, was required to file either an opposition or notice of non-opposition no later than August 1, 2005. Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is not entitled to be heard at oral argument in opposition to the motion. See Local Rule 78-230(c). The court has reviewed Defendants's motions and the applicable law, and has determined that the motions are suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 15,

2005, is VACATED, and no party shall appear at that time.  As of August 15, 2004,  the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:      August 10, 2005**                             /s/ **Anthony W. Ishii**
0m8i78                                                            UNITED STATES DISTRICT JUDGE