Mario L. Beltramo, Jr., # 053146-0
Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
ROBERT KEITH GRAZIER, M.D.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| CASSIE WATLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMUNITY MEDICAL CENTER-CLOVIS, ROBERT KEITH GRAZIER, M.D. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.  1:05-CV-00650-AWI-LJO<br><br>**STIPULATION AND  ORDER FOR EXTENSION OF TIME FOR DEFENDANTS, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND ROBERT KEITH GRAZIER, M.D., TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>**Amended Complaint Filed:**  August 8, 2005 |

### STIPULATION OF THE PARTIES

The parties acknowledge that on August 8, 2005 plaintiff, CASSIE WATLEY, filed a First Amended Complaint with this Court.

Pursuant to Federal Rules of Civil Procedure, Rule 12(a)(1)(A), defendants must Answer or otherwise respond to this First Amended Complaint by Monday, August 29, 2005.

On August 10, 2005 this Court (the Honorable Anthony Ishii, presiding) ordered that the August 15, 2005 hearing on defendants pending Rule 12(b)(6) Motions would be vacated and that the matters would be taken under submission.

To date, no ruling on these Motions has issued from this Court.

IT IS STIPULATED that because of the uncertainty as to the status plaintiff's Complaint that additional time is needed before defendants can Answer or otherwise respond to the First Amended Complaint.

IT IS FURTHER STIPULATED, pursuant to Local Rule 6-144(a), by the parties through their respective counsel of record that defendants, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER and ROBERT KEITH GRAZIER, M.D., shall have until Tuesday, September 27, 2005 to either Answer or otherwise respond to Plaintiff's First Amended Complaint.

Dated: August 29, 2005    McCORMICK, BARSTOW, SHEPPARD
                          WAYTE & CARRUTH LLP


                          By:   /s/ Daniel L. Wainwright
                                Mario L. Beltramo, Jr.
                                Daniel L. Wainwright
                                Attorneys for Defendant
                                ROBERT KEITH GRAZIER, M.D.


Dated: August 25, 2005    HEEGER & ASSOCIATES


                          By:   /s/ Phillip L. Heeger
                                Phillip L. Heeger
                                Attorneys for Plaintiff
                                CASSIE WATLEY


Dated: August 25, 2005    STAMMER, McKNIGHT, BARNUM & BAILEY


                          By:   /s/ Celene M.E. Boggs
                                Celene M.E. Boggs
                                Attorneys for Defendant
                                FRESNO COMMUNITY HOSPITAL AND
                                MEDICAL CENTER, operator of
                                COMMUNITY MEDICAL CENTERS -
                                CLOVIS

**ORDER ALLOWING EXTENSION FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to the Stipulation of the parties, as reflected above, and for GOOD CAUSE, the Court hereby ORDERS that defendants, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER and ROBERT KEITH GRAZIER, M.D., shall have until **September 27, 2005** to either Answer or otherwise respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:   **August 29, 2005**              /s/ Lawrence J. O'Neill

b9ed48                                              UNITED STATES MAGISTRATE JUDGE