IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSIE WATLEY,            ) | CIV F 05-0650 AWI LJO |
|                           ) | |
|     Plaintiff,            ) | ORDER ON DEFENDANTS' |
|                           ) | RULE 12(b)(6) MOTIONS |
|     v.                    ) | |
|                           ) | |
| COMMUNITY MEDICAL CENTER - ) | |
| CLOVIS; ROBERT KEITH GRAZIER, ) | |
| M.D.; and DOES 1 through 10, inclusive, ) | |
|                           ) | |
|     Defendants.           ) | |
|                           ) | |
|                           ) | |

Defendants Community Medical Center - Clovis and Dr. Robert Grazier both filed Rule 12(b)(6) Motions to Dismiss.  Neither Defendants have filed an answer in this case.  Plaintiff filed an amended complaint on August 9, 2005.  On August 10, 2005, this Court vacated oral argument on these motions in light of Plaintiff's failure to file an opposition or notice of non-opposition as required by Local Rule 78-230(c) and took the matters under submission.

Under Rule 15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. Pro. 15(a); Crum v. Circus Circus Enters., 231 F.3d 1129, 1130 n.3 (9th Cir. 2000). "A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15." Id.; New v. Armour Pharmaceutical Co., 67 F.3d 716, 722 (9th Cir. 1995); see also Morrison v. Mahoney, 399 F.3d 1042, 1047 (9th Cir. 2005).  Thus, where a motion to dismiss is filed instead of an answer, Rule 15(a) allows a plaintiff to amend

1   the original complaint once as a matter of course without the need of obtaining leave of court.
2   Fed. R. Civ. Pro. 15(a); <u>Crum</u>, 231 F.3d at 1130 n.3.  An "amended complaint supersedes the
3   original, the latter being treated thereafter as non-existent." <u>Forsyth v. Humana, Inc.</u>, 114 F.3d
4   1467, 1474 (9th Cir. 1997); <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).

5          Here, the Defendants did not file answers, but instead filed Rule 12(b)(6) motions.  As no
6   prior amended complaints have been filed, Plaintiff was entitled to file her amended complaint as
7   a matter of course under Rule 15(a).  The amended complaint supersedes the original complaint,
8   and the original complaint is treated as non-existent.  Since Defendants's Rule 12(b)(6) motions
9   attack Plaintiff's original and now "non-existent" complaint, those motions are now moot.

10         Accordingly, IT IS HEREBY ORDERED that Defendant Community Medical Center -
11  Clovis's Rule 12(b)(6) motion to dismiss and Defendant Dr. Robert Grazier's Rule 12(b)(6)
12  motion to dismiss are DENIED as moot.

14  IT IS SO ORDERED.

15  **Dated:    September 13, 2005**              **/s/ Anthony W. Ishii**
    0m8i78                                        UNITED STATES DISTRICT JUDGE

2